No. 718. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PECUNIA, ACUSADO Y APELANTE.—

No. 725. EL PUEBLO, DEMANDANTE Y APELADO, *v.* ORTIZ, ACUSADO Y APELANTE.—

Apelación procedente de la Corte de Distrito de Mayagüez, la primera por infracción de la Ley Electoral y la segunda por desacato por perjurio. Resueltos en noviembre 24, 1914. Confirmadas las sentencias apeladas. Abogados del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.

———

No. 1186. SUCS. DE L. VILLAMIL & CO., S. EN C., DEMANDANTES Y APELANTES, *v.* SOLÁ, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Humacao en un procedimiento sumario hipotecario. Moción de Celestino Solá para que se desestime la apelación por no habérsele notificado a él el escrito de apelación a pesar de ser parte realmente interesada. Resuelto en noviembre 24, 1914. Denegada por ahora la moción sin perjuicio de resolver la cuestión cuando el caso quede sometido a la decisión del tribunal, siguiendo la jurisprudencia establecida en los casos de *Sucesión Igaravídez et al.* v. *Sucesion Gallart et al,* 17 D. P. R., 1213; *Sucesión Igaravídez* v. *Hubert Hnos.,* 20 D. P. R., 155; *Caldelas* v. *Ramírez,* 20 D. P. R., 33, y *Uriza* v. *Negrón,* decidido en noviembre 13, 1914. Abogado de los apelantes: *Sr. Hugh R. Francis.* Abogado de Celestino Solá: *Sres. Carlos Buitrago* y *José Martínez Dávila.*